*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Gary Nathaniel Jones ) | Case No. 25–14696–djb |
|    aka Gary N. Jones ) | |
|    aka Gary Jones ) | |
| ) | Chapter: 13 |
|    Debtor(s). ) | |
| ) | |

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Means Test Calculation 122C–2 Due 12/3/25
Plan Due 12/3/25
Schedules A/B Due 12/3/25
Schedules C Due 12/3/25
Schedules D Due 12/3/25
Schedules E/F Due 12/3/25
Schedules G Due 12/3/25
Schedules H Due 12/3/25
Schedules I Due 12/3/25
Schedules J Due 12/3/25
Statement of Attorney Compensation Due 12/3/25
Statement of Current Monthly Income (122C–1) Due 12/3/25
Statement of Financial Affairs Due 12/3/25
Summary of Assets and Liabilities Due 12/3/25

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: November 20, 2025

By the Court

Derek J Baker
Judge, United States Bankruptcy Court