United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Gary Nathaniel Jones

    Debtor

Case No. 25-14696-djb

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2026 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary Nathaniel Jones, 14 Huntingdon Court, Marcus Hook, PA 19061-2520 |
| 15091682 | + | Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance, c/o CHELSEA ERIN SUMMERS, 1600 Arch Street, Suite 300 Philadelphia, PA 19103-2016 |
| 15073988 | | Select Portfolio Servicing, P.O. Box 62250, Salt Lake City, UT 84165 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2026 00:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2026 00:30:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 17 2026 00:29:00 | Wells Fargo Bank, N.A., Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 15073975 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 17 2026 00:35:04 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15073976 | + | Email/Text: bankruptcy@acacceptance.com | Apr 17 2026 00:30:00 | American Credit Acceptance, Attn: Bankruptcy, 961 E Main St, Fl 2, Spartanburg,, SC 29302-2185 |
| 15073980 | | Email/Text: cfcbackoffice@contfinco.com | Apr 17 2026 00:30:00 | Continental Finance Co, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 15073981 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Apr 17 2026 00:29:00 | CorTrust Bank, Attn: Bankruptcy, Po Box 7030, Mitchell, SD 57301 |
| 15073977 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2026 00:35:27 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15073978 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2026 00:35:06 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 15073979 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 17 2026 00:31:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15073982 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 17 2026 00:31:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15073983 | | Email/Text: mrdiscen@discover.com | Apr 17 2026 00:29:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 15073984 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 17 2026 00:31:00 | Feb Destiny/cci, Po Box 4499, Beaverton, OR 97076-4499 |
| 15073985 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 17 2026 00:31:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |

District/off: 0313-2 | User: admin | Page 2 of 3

Date Rcvd: Apr 16, 2026 | Form ID: pdf900 | Total Noticed: 28

| | | | |
|---|---|---|---|
| 15073986 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 17 2026 00:30:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 15079047 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 00:35:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15073987 | + Email/Text: ext_ebn_inbox@navyfederal.org | Apr 17 2026 00:31:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 15096326 | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 17 2026 00:31:00 | Navy federal Credit Union, P.O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 15080600 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2026 00:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15083681 | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2026 00:30:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15092691 | + Email/Text: bncmail@w-legal.com | Apr 17 2026 00:30:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 15078002 | + Email/PDF: ebn_ais@aisinfo.com | Apr 17 2026 00:35:16 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15097143 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 17 2026 00:31:00 | Wells Fargo Bank, N.A., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15076823 | + Email/Text: RASEBN@raslg.com | Apr 17 2026 00:29:00 | Wells Fargo Bank, N.A., c/o ROBERT BRIAN SHEARER, Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 15076688 | + Email/Text: RASEBN@raslg.com | Apr 17 2026 00:29:00 | Wells Fargo Bank, N.A., Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15073989 | | Self Financial/lead Ba |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY A. FRIGO | on behalf of Debtor Gary Nathaniel Jones anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com |
| CHELSEA ERIN SUMMERS | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue csummers@attorneygeneral.gov |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor American Credit Acceptance dboyle-ebersole@hoflawgroup.com  ckohn@hoflawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Wells Fargo Bank  N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Wells Fargo Bank  N.A. rshearer@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

GARY NATHANIEL JONES

Debtor

Chapter 13

Bankruptcy No. 25-14696-DJB

### ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: April 16, 2026**

_____
Honorable Derek J. Baker
Bankruptcy Judge